608

(No. 75-CC-921—

FARNS ASSOCIATES INCORPORATED, Claimant, *vs.* STATE OF
ILLINOIS, Respondent.

*Opinion filed June 2, 1975.*

FARNS ASSOCIATES INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R.
WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-938—

DENSON'S PHARMACEUTICAL CENTER, Claimant, *vs.* STATE OF
ILLINOIS, Respondent.

*Opinion filed June 2, 1975.*

DENSON'S PHARMACEUTICAL CENTER, Claimant, pro
se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respond-
ent.

PER CURIAM.